# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JARED KEMPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:15-CV-1640 NAB |
| | ) | |
| AAA BROTHERS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

The parties have notified the Court that this matter has been settled. [Doc. 32.] The Court will stay the current deadlines in the Case Management Order and cancel the status conference currently set for February 7, 2017. The parties are ordered to file a stipulation for dismissal no later than March 1, 2017.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment no later than **March 1, 2017**. Failure to timely comply with this Order shall result in the dismissal of this action with prejudice.

**IT IS FURTHER ORDERED** that the telephone status conference previously set for February 7, 2017 is **CANCELED**.

Dated this 30th day of January, 2017.

      /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE